# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 3, 2021

Bridget M. McCormack,
Chief Justice

162522

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

     SC: 162522
     COA: 354705
     Dickinson CC: 19-005656-FH

JONATHAN JEFFREY DUPUIS,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the December 9, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2021



Clerk

t0726